# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY CROSIAR, et al., | 1:06cv0672 OWW DLB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS TO SUBMIT APPLICATIONS TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| v. | |
| CALAVERAS COUNTY, et al., | |
| Defendants. | |

Plaintiffs Wesley Crosiar and Connie Crosiar are proceeding pro se in this action, filed on June 1, 2006. Plaintiffs submitted one application to proceed in forma pauperis, which they both signed. To rule on a request to proceed without prepayment of fees, however, the Court must have one completed application from *each* Plaintiff.

Accordingly, each Plaintiff is ORDERED to submit an application to proceed in forma pauperis, within twenty (20) days of the date of service of this order. Alternatively, Plaintiffs may pay the $350.00 filing fee for this action. The Clerk of the Court shall send Plaintiffs two applications to proceed in forma pauperis.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **January 16, 2008**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1