1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WESLEY CROSAIR, et al., | ) | 1:06cv0672 OWW DLB |
| | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATION |
| v. | ) | (Document 4) |
| | ) | |
| CALAVERAS COUNTY, et al., | ) | ORDER DISMISSING ACTION |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs, proceeding pro se, filed the instant action on June 1, 2006.

On February 11, 2008, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED for Plaintiffs' failure to follow the Court's order and failure to prosecute the action. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations dated February 11, 2008, is ADOPTED IN
        FULL; and

1

1    2.    This action is DISMISSED.

2    This terminates this action in its entirety.

3

4

5  IT IS SO ORDERED.

6  **Dated:    March 25, 2008**            _____/s/ Oliver W. Wanger_____
                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28